

**PENNER LOWE, LLC**
LAW GROUP
245 N. Waco Street, Suite 125
Wichita, Kansas 67202
(316) 847-8847 Voice
(316) 847-8853 Fax

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARILYN MILLESON-NICHOLS | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-1128 |
| STONEMOR, INC. (D/B/A OLD MISSION MORTUARY) | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW Plaintiff Marilyn Milleson-Nichols, through counsel Sylvia B. Penner and Candice Y. Farha of Penner Lowe Law Group, LLC, and states and alleges as follow for her cause of action against Defendant StoneMor, Inc., doing business as Old Mission Mortuary (hereafter "StoneMor"):

### THE PARTIES

1. Plaintiff Marilyn Milleson-Nichols is a resident of the State of Kansas.

2. Plaintiff is female and is over the age of 65.

3. Plaintiff was employed by Defendant StoneMor starting in 1996 in Wichita, Sedgwick County, Kansas.

4. Defendant StoneMor, Inc. d/b/a Old Mission Mortuary is a foreign limited liability company. Defendant may be served through its registered agent Corporation Service Company, 2900 SW Wanamaker Drive, Suite 204, Topeka, KS 66614, via registered mail or other lawful means.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 federal question jurisdiction and also 28 U.S.C. § 1343, civil rights.

6. Plaintiff's causes of action arose in Kansas, so Kansas district court is the appropriate venue pursuant to 28 U.S.C. § 1391.

## STATEMENT OF FACTS

7. Plaintiff was employed by Defendant as a General Manager.

8. Plaintiff was one of only five (5) female General Managers employed by Defendant in the region where Plaintiff worked.

9. Defendant employed approximately forty-five (45) other General Managers, almost all of which were male.

10. Due to Plaintiff's long tenure of employment with the Defendant and age she was one of the highest paid employees in her position.

11. Starting April 28, 2020, Defendant began to criticize Plaintiff for conduct that had never been brought up in Plaintiff's entire time at the company.

12. Plaintiff was suddenly chastised for actions that were previously lauded.

13. Plaintiff was abruptly placed on unpaid suspension on April 28, 2020.

14. Defendant placed Plaintiff on said suspension without providing any verbal or written warnings, and without any supervisory plans of improvement for Plaintiff.

15. Plaintiff was subsequently terminated on May 4, 2020.

16. Plaintiff was not the only female manager to be suddenly terminated.

17. Also on April 28, 2020, the company issued a memorandum stating that 20 positions within the corporation were to be laid off and would be receiving severance packages.

18. Plaintiff did not receive a severance package upon her termination.

19. Plaintiff was discriminated against due to her age and gender.

20. Plaintiff was wrongfully terminated due to her age and tenure as an employee of Defendant.

21. Defendant fabricated the reason for Plaintiff's termination based on actions taken by Plaintiff regarding personnel hiring in April of 2020.

22. The actions of Plaintiff in the personnel hiring in April of 2020 were at the instruction of supervisors of Plaintiff.

23. Plaintiff filed a complaint with the Kansas Human Rights Commission ("KHRC") and the Equal Employment Opportunity Commission ("EEOC") alleging discrimination in June 2020.

24. Plaintiff received a Right to Sue letter from the EEOC.

25. Plaintiff has exhausted administrative remedies for every issue herein.

26. Plaintiff's age and gender motivated Defendant's suspension and subsequent termination of Plaintiff.

27. Defendant violated Plaintiff's rights under federal and state law, including 29 U.S.C. 623, 42 U.S.C. 1981, 1983, 2000e(b), and K.S.A. 44-1009.

28. Plaintiff has suffered damages due to Defendant's illegal actions.

WHEREFORE, Plaintiff Marilyn Milleson-Nichols prays that judgment be entered in her favor, and against Defendant StoneMor, Inc., doing business as Old Mission Mortuary, for damages in excess of $75,000.00, representing economic losses, noneconomic losses, compensatory damages, general damages, punitive damages, attorneys fees and costs, and all other relief that the Court deems just and equitable.

**Plaintiff Marilyn Milleson-Nichols demands trial by jury.**

**Plaintiff Marilyn Milleson-Nichols designates Wichita, Kansas as the place of trial.**

Submitted By:

Penner Lowe Law Group, LLC


/s/Candice Y. Farha
Candice Y. Farha, # 26852
Sylvia B. Penner, # 21640
245 N. Waco
Suite 125
Wichita, KS 67202
Telephone:  (316) 847-8847
Fax:  (316) 847-8853
cfarha@pennerlowe.com
spenner@pennerlowe.com
*ATTORNEYS FOR PLAINTIFF*