# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MARILYN MILLESON-NICHOLS, )
)
              Plaintiff, )
)
v. ) Case No. 6:21-cv-01128-KHV-ADM
)
STONEMOR KANSAS SUBSIDIARY, LLC )
(d/b/a Old Mission Mortuary), )
)
              Defendant. )
)

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW on this 9th day of December, 2021, comes the plaintiff by and through her attorneys Candice Y. Farha and Sylvia B. Penner of Penner Lowe Law Group, LLC, and the defendant, by and through its attorneys, Alisa Nickel Ehrlich and Christina J. Hansen of Stinson LLP, in the above-captioned matter and enter into this Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The parties stipulate that they have resolved all claims asserted in the case or that could have been asserted herein should be dismissed with prejudice and that each party in the action bear its own costs and fees.

Date:   December 9, 2021

**Approved and submitted,**

*/s/ Alisa Nickel Ehrlich*
Alisa Nickel Ehrlich  (KS #17096)
Christina J. Hansen  (KS #26008)
Stinson LLP
1625 N. Waterfront Pkwy, Suite 300
Wichita, Kansas 67206-6620
Telephone: (316) 265-8800
alisa.ehrlich@stinson.com
christina.hansen@stinson.com
*Attorneys for Defendant*

**Approved and submitted,**

*/s/ Candice Y. Farha*
Candice Y. Farha  (KS #26852)
Sylvia B. Penner  (KS #21640)
Penner Lowe Law Group, LLC
245 N. Waco, Suite 125
Wichita, KS 67202
Telephone: (316) 847-8847
cfarha@pennerlowe.com
spenner@pennerlowe.com
*Attorneys for Plaintiff*

1